**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re   IDL Development, Inc. | Related Bankruptcy Case: 18–14808 |
| | Chapter 11 |
| Debtor | Judge Joan N. Feeney |
| Continuum Energy Technologies, LLC, Electromagnetics Corporation | Adversary Proceeding: 19–01013 |
| Plaintiff | |
| vs. | |
| IDL Development, Inc. | |
| Defendant | |

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer within 35 days.

**ANSWER DUE: 3/11/19**

   Address of Clerk:
   U. S. Bankruptcy Court
   J.W. McCormack Post Office & Court House
   5 Post Office Square, Suite 1150
   Boston, MA 02109–3945

**At the same time,** you must also serve a copy of the motion or answer upon the plaintiff's attorney.

   Name and Address of Plaintiff's Attorney:
   Jeremy R Fischer
   Drummond Woodsum
   84 Marginal Way
   STE 600
   Portland, ME 04101–2480

If you make a motion, your time to answer is governed by FRBP 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: 2/7/19

Mary P. Sharon
Clerk, U.S. Bankruptcy Court

By the Court,

Cynthia Young
Deputy Clerk
(617) 748– 5321



Chapter 11
Adversary Proceeding: 19–01013
Judge Joan N. Feeney

## CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made :_____(date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of_____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____      _____
Date      Signature

Print Name
Business Address
City    State    Zip