# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### CENTRAL DIVISION

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 18-14808 -CJP |
| IDL Development, Inc. ) | |
| ) | |
| ) | |
| Debtor ) | |
| ) | |
| Continuum Energy Technologies, LLC ) | |
| ) | |
| Plaintiff ) | AP No. 19-01013 -CJP |
| v. ) | |
| ) | |
| IDL Development, Inc. ) | |
| ) | |
| Defendant ) | |

## NOTICE OF RESCHEDULED HEARING
### XXXXXX

THE COURT HEREBY RESCHEDULES THE AUGUST 8, 2019 CASE MANAGEMENT CONFERENCE IN THIS MATTER TO AUGUST 6, 2019 AT 2:00 P.M. IN COURTROOM 3, DONOHUE FEDERAL BUILDING AND COURTHOUSE, 595 MAIN STREET, WORCESTER, MA.

TO THE EXTENT ANY PARTY WISHES TO APPEAR BY VIDEO CONFERENCE AT THE CASE MANAGEMENT CONFERENCE FROM THE JOHN W. MCCORMACK POST OFFICE AND COURT HOUSE, 5 POST OFFICE SQUARE, BOSTON, MA, SUCH PARTY SHALL CONTACT JUDGE PANOS' COURTROOM DEPUTY, HALINA MAGEROWSKI AT (508) 770-8927, IN ADVANCE OF THE HEARING.

By the Court,

Christopher J. Panos
United States Bankruptcy Judge

Dated: August 2, 2019