# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>IDL DEVELOPMENT, INC.,<br><br>Debtor. | Chapter 11<br>Case No. 18-14808 (CJP) |
| CONTINUUM ENERGY TECHNOLOGIES, LLC,<br><br>ELECTROMAGNETICS CORPORATION,<br><br>Plaintiffs,<br>v.<br><br>IDL DEVELOPMENT, INC.,<br><br>Defendant. | Adv. Proc. No. 19-01013 (CJP) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties to the above-captioned adversary proceeding, by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41, made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, that the above-referenced adversary proceeding is hereby dismissed without prejudice and without costs to either party.

*[Remainder of page intentionally left blank]*

Dated: October 18, 2019

        **CONTINUUM ENERGY TECHNOLOGIES, LLC**

        By their attorneys,

        */s/ Kellie W. Fisher*
        Jeremy R. Fischer, BBO# 569358
        Adrianne E. Fouts, admitted *pro hac vice*
        Jeffrey T. Piampiano, admitted *pro hac vice*
        Kellie W. Fisher, BBO# 693590
        **DRUMMOND WOODSUM**
        84 Marginal Way, Suite 600
        Portland, ME 04101-2480
        Telephone: (207) 772-1941
        E-mail: jfischer@dwmlaw.com
               afouts@dwmlaw.com
               jpiampiano@dwmlaw.com
               kfisher@dwmlaw.com


        **IDL DEVELOPMENT, INC.**

        By their attorneys,


        */s/ Christopher M. Condon*
        Charles R. Bennett, Jr. (BBO #037380)
        Christopher M. Condon (BBO #652430)
        Murphy & King, Professional Corporation
        One Beacon Street
        Boston, MA 02108
        Telephone: (617) 423-0400
        Email: cbennett@murphyking.com
              ccondon@murphyking.com

## **CERTIFICATE OF SERVICE**

I, Kellie W. Fisher, hereby certify that on this date, I served copies of this Stipulation via this Court's CM/ECF system on all parties requesting CM/ECF notice in the above-captioned adversary proceeding.

Dated: October 18, 2019          */s/ Kellie W. Fisher*
                                  Kellie W. Fisher, BBO# 693590